**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SHERRY L. PENNINGTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-3616 |
| | § | |
| MICHAEL ASTRUE, | § | |
| Commissioner of the Social Security | § | |
| Administration, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The plaintiff has filed a Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act. The defendant has stated that it is unopposed to the award or the amount.

The plaintiff's Motion for Award of Attorney's Fees is granted. The amount of $6,024.96 is reasonable for this case. The plaintiff's attorney, Marc Whitehead, will receive the award for the attorney's fees.

SIGNED on April 27, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge